**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on May 7, 2012**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **THOMAS NASH,** | : | **VIOLATIONS:** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)** |
| Defendant. | : | **(Unlawful Distribution of Heroin)** |
| | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | **18 U.S.C. § 924(c)(1)** |
| | : | **(Using, Carrying and Possessing a** |
| | : | **Firearm During a Drug Trafficking** |
| | : | **Offense)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d),** |
| | : | **21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about October 9, 2013, within the District of Columbia, **THOMAS NASH** did

unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable

amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections
841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about October 9, 2013, within the District of Columbia, **THOMAS NASH**, having

been convicted of a crime punishable by imprisonment for a term exceeding one year, in the

Superior Court for the District of Columbia, Criminal Case No. 2010-CF2-10392, did unlawfully

and knowingly receive and possess a firearm, namely a Smith and Wesson .357 revolver, and did

unlawfully and knowingly receive and possess ammunition, namely .357 caliber ammunition,

which had been possessed, shipped and transported in and affecting interstate and foreign

commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about October 9, 2013, within the District of Columbia, **THOMAS NASH**, did

unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a

drug trafficking offense, for which he may be prosecuted in a court of the United States, that is

Count One of this Indictment which is incorporated herein, a firearm, namely, a Smith and Wesson

.357 revolver.

> (**Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count Two and/or the offense alleged in

Count Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title

18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any

firearms and ammunition involved in or used in the knowing commission of the offense, including

but not limited to a Smith and Wesson .357 revolver and .357 caliber ammunition.

        2.        If any of the property described above as being subject to forfeiture, as a result of

any act or omission of the defendant:

> (a)        cannot be located upon the exercise of due diligence;
>
> (b)        has been transferred or sold to, or deposited with, a third party;
>
> (c)        has been placed beyond the jurisdiction of the Court;
>
> (d)        has been substantially diminished in value; or
>
> (e)        has been commingled with other property that cannot be subdivided without
>             difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to 21 U.S.C.§ 853(p), as incorporated by 28 U.S.C. §

2461(c).

> (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21,
> United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c))

                                A TRUE BILL:


                                FOREPERSON.


Attorney of the United States in
and for the District of Columbia